IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: THOMAS J. CONVERY, III ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC. dba GM FINANCIAL ) | Case No.: 17-13533 (AMC) |
| **Moving Party** ) | |
| ) | |
| v. ) | **OBJECTION TO CONFIRMATION** |
| ) | |
| THOMAS J. CONVERY, III ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), a secured

creditor of the Debtor, objects to the Debtor's plan for the following reasons:

A.  The Debtor' proposed cramdown of $18,553.00 for the 2012 Chevrolet Silverado is

too low.  The vehicle has an average retail value of $24,375.00 as per the NADA

Official Used Car Guide, June 2017 edition (*see attached NADA Value Sheet*). In

accordance with §506(a)(2), the replacement value of the vehicle is the full retail

value.  The Debtor must pay $24,375.00 plus interest, in order to adequately protect

GM Financial for any risk of loss.

B.  The plan as proposed also violates §1326(a)(1) since it does not provide for payment

to GM Financial of adequate protection payments.  Adequate protection payments

should be made to GM Financial beginning in July of 2017 at $243.00 per month,

being 1.0% of the vehicle value.  Payments should be made within 30 days of filing

and should continue up to and after confirmation, until regular payments are to be
commenced through the plan to GM Financial.  Adequate protection payments to GM
Financial should be given super priority administrative expense status and in all
events must be paid prior to payment of any counsel fees to Debtor's attorney.

C.  GM Financial must retain its lien on the vehicle until such time that the Debtor
completes his chapter 13 plan *and* receives a discharge.


/s/ William E. Craig
William E. Craig, attorney for
AmeriCredit Financial Services, Inc.
dba GM Financial

Dated: 7/31/17